Cynthia A. LeVasseur, Esq.
Nevada Bar No. 6718
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV  89169
Telephone:  702.784.5200
Facsimile:   702.784.5252

*ATTORNEY FOR DEFENDANTS LINEAR FINANCIAL, L.P. (ERRONEOUSLY SUED AS LINEAR FINANCIAL) AND WELLS FARGO BANK, N.A. (ERRONEOUSLY SUED AS WELLS FARGO HOME MORTGAGE)*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAUL MEGINO and EKATERINA A. MENCHIKH-MEGINO,<br><br>                    Plaintiffs,<br><br>vs.<br><br>LINEAR FINANCIAL; NATIONAL DEFAULT SERVICING CORPORATION; WELLS FARGO HOME MORTGAGE; and DOES I-L, inclusive,<br><br>                    Defendants. | CASE NO. 2:09-cv-00370<br><br>**SUGGESTION OF BANKRUPTCY** |

Come now Defendants LINEAR FINANCIAL, L.P. and WELLS FARGO BANK, N.A. -- incorrectly named as Wells Fargo Home Mortgage -- by and through counsel, the law firm of Snell & Wilmer L.L.P., and file this Suggestion of Bankruptcy alerting this Court of the fact that this case is stayed pursuant to a Voluntary Petition filed in the United States Bankruptcy Court for the District of Nevada in the bankruptcy of In re: Paul Megino and Ekaterina A. Menchikh-Megino, Case No. 08-23301-MKN, filed by Plaintiffs on November 10, 2008.[1]

---

[1] Attorneys for the Defendants removed this action from state court on February 25, 2009 and subsequently discovered the bankruptcy filing during a docket search on February 26, 2009. Defendants' attorneys had no prior notice of Plaintiffs' Voluntary Petition.

9593832.2

Pursuant to section 362 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, et seq., the filing of the Voluntary Petition stays, among other things, the commencement or continuation of a judicial, administrative, or other action or proceeding by or against the Defendants, that was or could have been commenced before the filing of the petition or any act to obtain possession of or exercise control over property of the estate.

WHEREFORE Plaintiffs have filed a bankruptcy petition staying any further action in this proceeding.

Dated: March 3, 2009     SNELL & WILMER L.L.P.

By:    /s/ Cynthia A. LeVasseur
Cynthia A. LeVasseur, Esq. (Bar No. 6718)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169

*Attorneys for Defendants Linear Financial, L.P. (erroneously sued as Linear Financial) and Wells Fargo Bank, N.A. (erroneously sued as Wells Fargo Home Mortgage)*

9593832.2

- 2 -

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **SUGGESTION OF BANKRUPTCY** by the method indicated:

| | |
|---|---|
| __X__ | U. S. Mail |
| _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission |
| _____ | Overnight Mail |
| _____ | Federal Express |
| _____ | Hand Delivery |

and addressed to the following:

Paul Megino
Ekaterina A. Menchikh-Megino
8513 Brackenfield Avenue
Las Vegas, NV 89178

*Plaintiffs in Pro Se*

DATED this 3rd day of March 2009.

  __/s/ Lana Newquist__
An employee of Snell & Wilmer L.L.P.

9593832.2

- 3 -