# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PAUL MEGINO, *et al.*, | |
| Plaintiffs, | Case No. 2:09-CV-00370-KJD-GWF |
| v. | **ORDER** |
| NATIONAL DEFAULT SERVICING CORP., *et al.*, | |
| Defendants. | |

    Plaintiffs' Complaint was filed in state court on October 27, 2008.  Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be made upon a defendant 120 days after the filing of the complaint.  The 120 day time period for effecting service of the summons and complaint upon Defendant National Default Servicing Corporation expired no later than February 27, 2009.  Plaintiffs have not yet filed proof of service on Defendant National Default Servicing Corporation.

    Accordingly, IT IS HEREBY ORDERED that Plaintiffs shall have up to and including January 21, 2011 to file proof of service of the summons and complaint within the allowed time.

////

////

If Plaintiffs fail to respond or to file proof of service, the Court will dismiss the complaint without prejudice against the remaining defendant in accordance with Federal Rule of Civil Procedure 4(m).

DATED this 7th day of January 2011.

_____
Kent J. Dawson
United States District Judge